UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR390 |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | NOTICE OF INTENTION TO SEEK |
| (6) ERIC JAMES ALEXANDER | ) | ENHANCED PENALTIES |
| a/k/a "Pete: | ) | PURSUANT TO TITLE 21 U.S.C. § 851 |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the Notice of Intention to Seek Enhanced Penalties Pursuant to Title 21 U.S.C. § 851 in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the Notice of Intention to Seek Enhanced Penalties Pursuant to Title 21 U.S.C. § 851 no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Notice of Intention to Seek Enhanced Penalties Pursuant to Title 21 U.S.C. § 851 in the above-numbered case be unsealed.

This the 4th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE