IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00390-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ERIC JAMES ALEXANDER (6) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 548: Order).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing the defendant's sentence in light of <u>United States v. Wirsing</u>, 943 F.3d 175 (4th Cir. 2019), and <u>United States v. Gravatt</u>, 953 F.3d 258 (4th Cir. 2020), within thirty (30) days of the entry of this Order.

The Clerk is directed to certify copies of this Order to the defendant, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: October 30, 2020

Robert J. Conrad, Jr.
United States District Judge